AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Robert Williams | ) Case No:  1:17CR00003-001 |
|  | ) USM No:  15745-028 |
| Date of Original Judgment:          05/31/2019 | ) |
| Date of Previous Amended Judgment: | ) Jacob Leon |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____156_____ months **is reduced to** ___148 months*___ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

*61 months on each of Counts 1 through 6, served concurrently, and 87 months on Count 12, to be served consecutively, for a total of 148 months.

Except as otherwise provided, all provisions of the judgment dated ___05/31/2019___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          8/30/2024

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*

**A CERTIFIED TRUE COPY**
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana

By _____
Deputy Clerk